**Opinion issued May 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00003-CV

———————————

**MARK SMITH, Appellant**

**V.**

**CONTINENTAL CASUALTY COMPANY, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 25-CV-1332**

---

## MEMORANDUM OPINION

Appellant Mark Smith, proceeding pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On May 4, 2026, the Clerk of this Court notified Appellant that his appellate brief was past due, and his appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file his brief and

a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.